**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 16-cv-00480-CMA-NYW

SHANNON L. ALLEN, and
JAMES E. ALLEN,

      Plaintiff,

v.

CREDIT ONE BANK, N.A.,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

The parties to the instant matter, having filed a Stipulation to Dismiss with

Prejudice (Doc. #30), and the Court, having read and reviewed the same, and for

good cause shown, it is hereby

ORDERED and ADJUDGED that this case is dismissed with prejudice,

without an award of fees or costs to either party.

DATED:  December 6, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge